U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 2 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 06-1869 |
| | ) | |
| Plaintiff, | ) | JUDGE TRIMBLE |
| v. | ) | |
| | ) | |
| $77,500.00 IN U.S. CURRENCY, | ) | MAGISTRATE JUDGE WILSON |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court finds that good cause appears for the stay requested by the government pursuant to 18 U.S.C. § 981(g). The instant civil forfeiture proceeding is stayed pending the resolution of the related criminal investigation and any criminal prosecution of claimant Maria Aide Delgado, Ana Maria Montoya and/or Victor Valdez.

SO ORDERED this 22nd day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE